**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Case No. 26-20432** |
| | § | **(Bankr. D. Wyo.)** |
| **ARABELLA PH 3201 LLC,** | § | |
| | § | **Chapter 11, Subchapter V** |
| **Debtor.** | § | |
| | § | **Adversary No. ____________** |
| **ALI CHOUDHRI AND** | § | |
| **ARABELLA PH 3201 LLC,** | § | **Removed from Cause No. 2026-** |
| | § | **63841,** |
| **Plaintiffs,** | § | **133rd Judicial District Court,** |
| | § | **Harris County, Texas** |
| **v.** | § | |
| | § | |
| **ALAN ROSEN, CONSTABLE** | § | |
| **PRECINCT 1, HARRIS COUNTY,** | § | |
| **IN HIS OFFICIAL CAPACITY,** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

# EXHIBIT B

**Service List**

**Parties and Counsel of Record in the State Court Action**

**Cause No. 2026-63841**

to the Notice of Removal of Arabella PH 3201 LLC, Debtor and Debtor in Possession, *In re Arabella PH 3201 LLC*, Case No. 26-20432 (Bankr. D. Wyo.)

# EXHIBIT B – SERVICE LIST

**Alan Rosen, Constable, Precinct 1, Harris County, Texas**
(Defendant, official capacity)
1302 Preston, Suite 301, Houston, Texas 77002
*Defendant*

**Harris County Attorney's Office (Felipe Guevara, Brian Hrach, Courtney Carlson)**
Office of the Harris County Attorney
1019 Congress, 15th Floor, Houston, Texas 77002 [verify]
**[verify e-service addresses]**
*Counsel for Defendant [verify appearance in this cause]*

**Gia Samavati**
Trial Ninjas Law Group, PLLC
P.O. Box 131803, Houston, Texas 77219
**gia@trialninjas.com**
*Counsel for Plaintiff Arabella PH 3201 LLC (State Bar No. 24076666)*

**Ali Choudhri**
(Plaintiff, pro se)
4521 San Felipe St. #3201, Houston, Texas 77027
**ali@jetallcapital.com**
*Plaintiff*

**Travis B. Vargo, Receiver**
The Vargo Law Firm, P.C.
12012 Wickchester Lane, Suite 670, Houston, Texas 77079
**tvargo@vargolawfirm.com; mpoynter@vargolawfirm.com**
*Non-party Receiver referenced in the petition; courtesy service*